```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 09580
   ERNEST K FAULKNER
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-1422


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/18/08 .

     2.  The case was dismissed without confirmation, 09/19/2008.

     3.  The Debtor paid a total of $      712.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG          .00           .00          .00
WELLS FARGO HOME MORT    MORTGAGE ARRE    NOT FILED           .00          .00
BEST SOURCE CREDIT UNION SECURED               .00            .00          .00
BEST SOURCE CREDIT UNION MORTGAGE ARRE    NOT FILED           .00          .00
LEGACY FIELDS CONDO ASSO SECURED            670.70            .00       670.70
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED           .00          .00
AMERICAN COLLECTION      UNSECURED        NOT FILED           .00          .00
APPLIED CARD BANK        UNSECURED        NOT FILED           .00          .00
CACH LLC                 UNSECURED        NOT FILED           .00          .00
CREDIT MANAGEMENT SERVIC UNSECURED        NOT FILED           .00          .00
RUSH COPLEY MENORIAL HOS UNSECURED        NOT FILED           .00          .00
FMS INC                  UNSECURED        NOT FILED           .00          .00
HSBC                     UNSECURED        NOT FILED           .00          .00
EMERGENCY TREATMENT SC   UNSECURED        NOT FILED           .00          .00
EDWARD HOSPITAL          UNSECURED        NOT FILED           .00          .00
NICOR GAS                UNSECURED        NOT FILED           .00          .00
SECURITY FINANCE CO      UNSECURED        NOT FILED           .00          .00
            Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  670.70         .00         .00          .00         670.70
PRINCIPAL PAID      670.70         .00         .00          .00         670.70
INTEREST PAID          .00         .00         .00          .00            .00
TOTAL PAID          670.70         .00         .00          .00         670.70
The Debtor's attorney, LEGAL HELPERS PC               , was allowed $   3500.00
and was paid $   1000.00  direct and $      .00  through the plan.

The Trustee received $     41.30 .

Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/08                              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE